60058

FILED
2010 JUN 11 AM 11:57
[U.S. BANKRUPTCY COURT]
[NORTHERN DISTRICT OF OHIO]
[DAYTON]

04-65592   JOHN MCCORD, JR
           TAMARA MCCORD
           DEBTORS DID NOT CASH CHECK
           CHECK #433731 FOR $97.10
           JOHN MCCORD, JR
           TAMARA MCCORD
           814 BROWN AVE., NW
           CANTON, OH  44703

08-61046   BARBARA PHILLIPS
           DEBTOR DID NOT CASH CHECK
           CHECK #433732 FOR $5.43
           BARBARA M PHILLIPS
           996 S MAIN ST
           APT #C6
           MANSFIELD, OH  44907

07-61674   MELODY KERNS
           CREDITOR DID NOT CASH CHECK
           CHECK #433733 FOR $89.26
           CAPITAL ONE
           C/O TSYS DEBT MANAGEMENT
           PO BOX 5155
           NORCROSS, GA  30091

04-64705   CHARLES CURFMAN
           DEBTOR DID NOT CASH CHECK
           CHECK #433734 FOR $25.00
           CHARLES CURFMAN
           1435 INWOOD RD
           ALLIANCE, OH  44601

04-66249   JOHN VASILIADES
           CHERYL VASILIADES
           CREDITOR DID NOT CASH CHECK
           CHECK #433735 FOR $20.33
           GREAT SENECA
           C/O WOLPOFF & ABRAMSON
           702 KING FARM BLVD
           ROCKVILLE, MD  20850-5775