#60753

FILED
2010 AUG 25 PM 2:08

| | | |
|---|---|---|
| 05-68417 | | RACHEL DUVALL<br>DEBTOR DID NOT CASH CHECK<br>CHECK #444581 FOR $48.70<br>RACHEL A DUVALL<br>1006 ROBINSON RD<br>WOOSTER, OH 44691 |
| (04-66249) | | JOHN VASILIADES<br>CHERYL VASILIADES<br>CREDITOR DID NOT CASH CHECK<br>CHECK #444582 FOR $3.61<br>GREAT SENECA<br>C/O WOLPOFF & ABRAMSON<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850-5775 |
| 05-63205 | | MICHAEL BELCHER<br>SHELLY BELCHER<br>CREDITOR DID NOT CASH<br>CHECK #444583 FOR $18.26<br>GREAT SENECA<br>C/O WOLPOFF & ABRAMSON<br>702 KING FRM BLVD<br>ROCKVILLE, MD 20850-5775 |